UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARLAYNA LEBLANC AND THOMAS LEBLANC | CIVIL CASE NO. 6:18-cv-01098 |
| | UNASSIGNED DISTRICT JUDGE |
| VERSUS | MAGISTRATE JUDGE PATRICK J. HANNA |
| ALLSTATE INSURANCE COMPANY, IMPERIUM INSURANCE COMPANY, AND AMANDA POPPELL | JURY TRIAL REQUESTED |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, through undersigned counsel, **IMPERIUM INSURANCE COMPANY**, a defendant in this matter, who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following information:

A.  Imperium Insurance Company does not have any parent corporation; and

B.  100% of the stock of Imperium Insurance Company is held by Houston Specialty Insurance Company.

Respectfully submitted

**The Dill Firm, A.P.L.C.**

BY:

/s/ David P. Vial II
_____
JAMES M. DILL (Bar No. 18868)
DAVID P. VIAL II (Bar No. 29515)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email:  jdill@dillfirm.com
Email:  dvial@dillfirm.com
ATTORNEYS FOR IMPERIUM INSURANCE
COMPANY

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served

upon counsel for all parties to this proceeding by U.S. mail, facsimile, and/or electronic mail.

Lafayette, Louisiana, this 27th day of August, 2018.

/s/ David P. Vial II
_____
DAVID P. VIAL II